O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-03103 AHM (Rzx) | Date | May 16, 2011 |
|---|---|---|---|

| Title | LUMINITA ROMAN v. BRE PROPERTIES, INC. |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

For good cause shown, the Court hereby DISCHARGES its Order to Show Cause of May 4, 2011.[1]

Initials of Preparer : SMO

---

[1] Dkt. 13.